*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 29, 2015                    106613
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

HUGHES METAYEO,
                        Appellant.
_____

Calendar Date:   September 22, 2015

Before:  Garry, J.P., Egan Jr., Lynch and Devine, JJ.

                        _____

        Jo M. Katz, Troy, for appellant.

        Joel E. Abelove, District Attorney, Troy (Vincent J.
O'Neill of counsel), for respondent.

                        _____

        Appeal from a judgment of the Supreme Court (McGrath, J.),
rendered January 17, 2014 in Rensselaer County, convicting
defendant upon his plea of guilty of the crime of criminal
possession of a weapon in the second degree.

        In satisfaction of a two-count indictment, defendant
pleaded guilty to criminal possession of a weapon in the second
degree and his plea included a waiver of the right to appeal.  He
was sentenced as a second violent felony offender, in accordance
with the plea agreement, to a prison term of seven years,
followed by five years of postrelease supervision.  Defendant
appeals.

        Appellate counsel seeks to be relieved of his assignment of
representing defendant on the ground that there are no
nonfrivolous issues to be raised on appeal.  Based upon our

review of the record and counsel's brief, we disagree.  Our review of the record reveals an issue of arguable merit as to whether defendant validly waived his right to appeal that may, in turn, implicate other potential appellate issues (see People v Rabideau, 130 AD3d 1094, 1094-1095 [2015]; People v Phipps, 127 AD3d 1500, 1501 [2015], lv denied 26 NY3d 970 [2015]; People v Anderson, 120 AD3d 1490, 1491 [2014]).  We thus grant counsel's request for leave to withdraw and assign new counsel to address that issue and any others that the record may disclose (see People v Stokes, 95 NY2d 633 [2001]; People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]).

Garry, J.P., Egan Jr., Lynch and Devine, JJ., concur.

ORDERED that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.

ENTER:

Robert D. Mayberger
Clerk of the Court